AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,
                   Plaintiffs,

v.

WILLIAM SWEETMAN, individually and
d/b/a SWEETMAN FUNERAL HOME,
                   Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **08 C 2073**

ASSIGNED JUDGE: **JUDGE NORGLE**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

WILLIAM SWEETMAN, individually and d/b/a SWEETMAN FUNERAL HOME
620 North Eastwood
Mount Prospect, IL 60056

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
(By) DEPUTY CLERK

April 11, 2008
Date

ClientCaseID: ROBERT
Law Firm ID: ASHER


*182770A*

CaseReturnDate: 5/11/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08C2073**

I, BARNETT S. KOLTON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## ABODE SERVICE

THAT I SERVED THE WITHIN    **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT   **WILLIAM SWEETMAN dba SWEETMAN FUNERAL HOME**
PERSON SERVED    **ELLYN SWEETMAN, WIFE**

I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

That the sex, race and approximate age of the person whom I left the   **SUMMONS AND COMPLAINT**
are as follow:
Sex FEMALE   Race WHITE   Age 35
Height 5'5"   Build MEDIUM   Hair BLONDE

**LOCATION OF SERVICE**   **620 N. EASTWOOD**
**MOUNT PROSPECT, IL, 60056**

Date Of Service: 4/17/08   Time of Service: 6:40 PM   Date Of Mailing 4/18/2008

BARNETT S. KOLTON   4/18/2008
**Special Process Server**
P.E.R.C.#129-170762

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.