IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 ) <br> HEALTH AND WELFARE FUND, ) <br> TEAMSTERS LOCAL UNION NO. 727 ) <br> PENSION FUND and TEAMSTERS ) <br> LOCAL UNION NO. 727 LEGAL AND ) <br> EDUCATIONAL ASSISTANCE FUND, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> WILLIAM SWEETMAN, individually and ) <br> d/b/a SWEETMAN FUNERAL HOME, ) <br> ) <br> Defendant. ) | No. 08C 2073 <br><br> Judge Norgle <br><br> Mag. Judge Brown |

## NOTICE OF MOTION

TO:   **WILLIAM SWEETMAN**
**Sweetman Funeral Home**
**620 North Eastwood**
**Mount Prospect, IL 60056**

  **PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Norgle, at Room 2341, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 11th day of July, 2008, at 9:30 A.M. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

**CERTIFICATE OF SERVICE**

     ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion for Default Judgment upon:

          **WILLIAM SWEETMAN**
          **Sweetman Funeral Home**
          **620 North Eastwood**
          **Mount Prospect, IL 60056**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 27th day of June 2008.

     Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

          /s/ Robert B. Greenberg
          Asher, Gittler, Greenfield & D'Alba, Ltd.
          200 West Jackson Boulevard
          Suite 1900
          Chicago, Illinois 60606
          (312) 263-1500
          IL ARDC#:  01047558