Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2073 | DATE | 6/30/2008 |
| CASE TITLE | TEAMSTERS LOCAL UNION NO. 727 vs. WILLIAM SWEETMAN d/b/a SWEETMAN FUNERAL HOME | | |

**DOCKET ENTRY TEXT**

Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: EF

2008 JUN 30 PM 2: 51
CLERK
U.S. DISTRICT COURT
FILED-EG